IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
|           Plaintiff,           ) | |
|                                ) | 8:09CV312 |
|        v.                      ) | |
|                                ) | **DEFAULT JUDGMENT AND** |
| 2005 GMC ENVOY,                ) | **DECREE OF FORFEITURE** |
| VIN 1GKES165756775962,         ) | |
|                                ) | |
|           Defendant.           ) | |

     NOW ON THIS 8th day of March, 2010, this matter comes on before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendant and any unknown claimants. (Filing 20.) Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, neither personally nor through counsel. No Claimants are present, neither personally nor through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

     1.     A Complaint for Forfeiture was filed herein on September 4, 2009. A Warrant for Arrest <u>in Rem</u> was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

     2.     Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated September 23, 2009.

     3.     On September 24 and 28, 2009, service of the Verified Complaint, Notice of Seizure and Procedure and Warrant <u>In</u> <u>Rem</u> was attempted, *via* certified mail, on Jorge Alberto Loza Gutierrez. Said service was returned unexecuted, as evidenced by Filing No. 11, a Process Receipt

and Return.

4. On December 3, 2009, service of the Verified Complaint, Notice of Seizure and Procedure and Warrant In Rem on the titleholder, Alonzo Loza, was accomplished *via* personal service on his wife, Paola Loza, as evidenced by Filing No. 14, a Process Receipt and Return.

5. The Plaintiff's Request to Enter Default was granted by this Court on January 28, 2010.

6. Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. The Motion for Default Judgment and Decree of Forfeiture (filing 20) filed by Plaintiff is hereby sustained.

B. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

C. The Defendant property be and the same hereby is forfeited to the United States of America.

D. The Defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

                                              **BY THE COURT:**

                                              *Richard G. Kopf*
                                              **RICHARD G. KOPF**
                                              **United States District Judge**